IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK MCCOLLUM, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JOHN DOE #1, ET AL., | : | |
| Defendants. | : | NO. 09-5622 |

## ORDER

AND NOW, this 6th day of January, 2011, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Docket No. 11), it is hereby ORDERED that the City's Motion is GRANTED. It is further ORDERED that the claims against Defendant City of Philadelphia Police Department are DISMISSED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE