# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK MCCOLLUM, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICER JOHN DOE #1, ET AL., | : | |
| Defendants. | : | NO. 09-5622 |

## CIVIL JUDGMENT

Before the Honorable Gene E.K.Pratter

AND NOW, this 7th day of January, 2011, in accordance with Docket Numbers 15 and 16, Memorandum (Docket No. 15) and Order (Docket No. 16) granting Defendant City of Philadelphia's Motion for Summary Judgment, (Docket No. 11),

IT IS ORDERED that Judgment is hereby entered in favor of Defendant City of Philadelphia and Defendant City of Philadelphia Police Department, and against Plaintiff, Patrick McCollum.

BY THE COURT

ATTEST:

S/Rose A. Barber
Rose A. Barber
Deputy Clerk to Hon. Gene E.K. Pratter

Copies forwarded by ECF to:
Mark Maguire
Timothy R. Hough